**James Michael NEWMAN,**
**Plaintiff–Appellant,**

v.

**Larry BOWLES; et al., Defendants–**
**Appellees.**

**No. 08–56449.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 17, 2009.

James Michael Newman, Long Beach, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Mina Choi, Esquire, Office of the California Attorney General, Los Angeles, CA, for Defendants–Appellees.

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM **

James Michael Newman appeals pro se from the district court's judgment dismissing with prejudice his 42 U.S.C. § 1983 action alleging that he was searched, arrested and ultimately convicted based on an invalid document that subjected him to parole search conditions. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Whitaker v. Garcetti,* 486 F.3d 572, 579 (9th Cir.2007), and we affirm in part, vacate in part, and remand.

The district court properly dismissed the action pursuant to *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), in light of the state court's finding that the search was not based on a parole search condition, and Newman's failure to show that the state court's finding has been overturned or invalidated. *See id.* at 486–87, 114 S.Ct. 2364. However, we vacate the judgment and remand so that the district court may dismiss the action without prejudice. *See Trimble v. City of Santa Rosa,* 49 F.3d 583, 586 (9th Cir.1995) (per curiam).

Because we affirm the judgment based on *Heck,* we do not reach the district court's alternative bases for dismissal.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The parties shall bear their own costs on appeal.

**AFFIRMED in part, VACATED in part, and REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.